**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6997**

CHARLES M. CASSELL, III,

          Plaintiff – Appellant,

     v.

FNU DAWKINS, Dr.; DAVID GUINN, P. A.,

          Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Frank D. Whitney, Chief District Judge.  (5:14-cv-00089-FDW)

Submitted:  January 29, 2015          Decided:  April 2, 2015

Before NIEMEYER and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles M. Cassell, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Cassell, III seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint pursuant to 28 U.S.C. §§ 1915(g), 1915A(a), (b)(1) (2012). Although we conclude that Cassell did not have three qualifying previous "strikes" as necessary to justify dismissal under 28 U.S.C. § 1915(g), as the district court found, we nonetheless affirm for the reasons given by the district court for dismissal under § 1915A(a), (b). Cassell v. Dawkins, No. 5:14-cv-00089-FDW (W.D.N.C. June 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED